UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

v.                           Case No.: 5:09−cr−02499
                                               Judge George P. Kazen

Fred Lukach, et al.

Defendant

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

John D. Rainey

**PLACE:**
Courtroom 3A
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 7/8/10

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Sentencing


Date:   June 21, 2010

David Bradley, Clerk